IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN




 





NO. 3-94-137-CR





ERIC LEE RAMIREZ,



 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 




FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT



NO. 92-707-K368, HONORABLE BURT CARNES, JUDGE PRESIDING



 





PER CURIAM


 This is an appeal from a conviction for burglary of a building. Punishment was
assessed at confinement for twenty (20) years.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Chief Justice Carroll, Justices Jones and Kidd

Dismissed on Appellant's Motion

Filed: September 21, 1994

Do Not Publish